UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Gerald Heichert  
    Nancy Heichert  
          Debtor(s)

Case No. 11 B 12673

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2011.

2) The plan was confirmed on 05/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/17/2011, 01/19/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 01/28/2013.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,273.60 |
| Less amount refunded to debtor | $89.98 |

**NET RECEIPTS:** $6,183.62

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $277.22 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,051.22

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Affinity Credit Services | Unsecured | NA | 800.00 | 800.00 | 0.00 | 0.00 |
| AFNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alpat Co Inc | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 250.00 | 494.51 | 494.51 | 25.42 | 0.00 |
| ARS | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bell West Community Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Certified Recovery | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Certified Recovery | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Chrysler Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citgo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Burbank | Unsecured | 300.00 | 5,500.00 | 5,500.00 | 282.66 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 983.20 | 983.20 | 50.53 | 0.00 |
| Commercial Recovery Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 130.00 | 4,303.82 | 4,303.82 | 221.19 | 0.00 |
| Credit Acceptance Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | NA | 3,439.66 | 3,439.66 | 176.77 | 0.00 |
| First Revenue Assurance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | NA | 13,165.90 | 13,165.90 | 676.64 | 0.00 |
| J C Christensen & Assoc | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 359.08 | 359.08 | 18.46 | 0.00 |
| Marauder Corporation | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Medical Business Bureau Inc | Unsecured | 1,035.00 | NA | NA | 0.00 | 0.00 |
| Michael Pekay | Unsecured | NA | 6,098.64 | 6,098.64 | 313.43 | 0.00 |
| Midland Credit Management | Unsecured | 1,270.00 | 1,197.40 | 1,197.40 | 61.54 | 0.00 |
| Midland Credit Management | Unsecured | NA | 938.06 | 938.06 | 48.22 | 0.00 |
| Midland Credit Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Capital Management LLC | Unsecured | 4,947.00 | 6,738.48 | 6,738.48 | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,615.00 | 2,301.16 | 2,301.16 | 118.26 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Onxy Acceptance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Pekay & Blitstein P C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Prolific Aquisition Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 950.00 | 950.00 | 48.82 | 0.00 |
| Sallie Mae | Unsecured | 41.00 | 69.63 | 69.63 | 3.57 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 402.00 | 1,690.47 | 1,690.47 | 86.89 | 0.00 |
| Senex Services Corp | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| USA Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WF Fin Accpt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Woodford County | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,030.01** | **$2,132.40** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,051.22 |
| Disbursements to Creditors | $2,132.40 |
| **TOTAL DISBURSEMENTS:** | **$6,183.62** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/09/2013     By: /s/ Marilyn O. Marshall
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**